**Benjamin BIRD, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 75738.

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 3, 1999.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

LAWRENCE G. CRAHAN, Judge.

Movant, Benjamin Bird, appeals from the motion court's order dismissing his Rule 29.15 motion for post-conviction relief. The motion court found that Movant's Rule 29.15 motion was prematurely filed because his direct appeal was still pending. Movant concedes the motion was filed early but argues this is not grounds for dismissal of his motion. The State agrees and joins with Movant to request the matter be reversed and remanded to the trial court. We reverse and remand.

This case is controlled by our recent decision in *Nolan v. State*, 959 S.W.2d 939 (Mo.App. E.D.1998), where the motion court had dismissed a Rule 29.15 motion because it was filed while the direct appeal was still pending. We reversed and remanded for reinstatement of the motion, holding, "Prematurity of filing a motion for post-conviction relief is not by itself a ground for dismissal." *Id.* at 940. We find no difference between *Nolan* and the case at hand.

Accordingly, the order of the motion court is reversed and the cause is remanded for the motion court to reinstate Movant's Rule 29.15 motion for post-conviction relief.

RHODES RUSSELL, C.J., RICHARD B. TEITELMAN, J., concur.

**S., B.K. and W. A., Petitioners/Respondents,**

v.

**A., E.L. Respondent/Appellant.**

No. 74901.

Missouri Court of Appeals,
Eastern District,
Divison One.

May 18, 1999.

Edwin V. Butler, St. Louis, for appellant.

Cynthia M. Smith, St. Louis, for respondents.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

**ORDER**

PER CURIAM.

E.L.A. appeals from the judgment terminating his parental rights to his daughter and decreeing that the child is adopted by B.K.S. and W.A.S. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).[1]

**STATE of Missouri, Respondent,**

v.

**Gary CULBERTSON, Appellant.**

**No. WD 55790.**

Missouri Court of Appeals,
Western District.

Submitted Jan. 13, 1999.

Decided May 25, 1999.

---

1. Respondent's motion for damages for frivo- lous appeal is denied.